UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION-FLINT

IN RE: Kristie Jo Chesney	CHAPTER 13
	CASE NO: 24-32298
	JUDGE JOEL D. APPLEBAUM

       Debtor(s)
_____/

## ORDER TO ADJOURN HEARING

**IT IS HEREBY ORDERED** that the Meeting of Creditors shall be rescheduled to _March 11, 2025 at 1pm

**IT IS FURTHER ORDERED** that the Confirmation Hearing shall be adjourned to April 15, 2025 at 9 am located at the U.S. Bankruptcy Court, 226 W. 2nd Street, Flint, MI.

**IT IS FURTHER ORDERED** that the deadlines to Object to Debtor(s) Discharge or to challenge Dischargeability of Certain Debts is: May 12, 2025
                                              (60 days after the new date).

**IT IS FURTHER ORDERED** that Debtor(s) counsel shall file the corresponding Stipulation to this order and serve a copy of the Order Adjourning Hearing on all parties within twenty-one (21) days' notice prior to the continued Meeting of Creditors and the Debtor(s) shall file a Proof of Service with the Court evidencing timely service no later than ten (10) days prior to the continued

Meeting of Creditors.

**IT IS FURTHER ORDERED** that the deadline for filing objections to the Confirmation of the plan is 21 days from the date the continued Meeting of Creditors is held.

**IT IS FURTHER ORDERED** that the Debtor(s) shall provide to the Chapter 13 Trustee the 2023 & 2022 Federal Income Tax Returns, paystubs and verification of Identification and Social Security Number by February 18, 2025 or the case shall dismiss on affidavit of default. $4,282.83 plan payment must post to the Trustee's records by February 28, 2025 or case shall dismiss on affidavit of default.

**IT IS FURTHER ORDERED** that should the Debtor(s) fail to comply with any of the above terms or conditions the Trustee may file an Affidavit of Default and submit an Order of Dismissal to Court.

**Signed on February 10, 2025**



/s/ Joel D. Applebaum

Joel D. Applebaum
United States Bankruptcy Judge